# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ELIZA McCARTY, | : |
|    Plaintiff, | : |
| v. | :   CA 2:12-00259-C |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | : |
|    Defendant. | : |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of **$2,504.30** under the Equal Access to Justice Act.

**DONE** this the 31st day of May, 2013.

                                              s/WILLIAM E. CASSADY
                                              **UNITED STATES MAGISTRATE JUDGE**